

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed September 6, 2023**

_____
**United States Bankruptcy Judge**

_____

**United States Bankruptcy Court
Northern District of Texas
Dallas Division**

| | | |
|---|---|---|
| In re: | § § | |
| Construction Allstars LLC | § § | Case No. 23-31967-swe-7 |
| Debtor. | § | |

### *Order to Appear and Show Cause*

On September 5, 2023, Construction Allstars LLC filed the above-captioned Chapter 7 bankruptcy case. The Debtor appears to be a limited liability company that has filed a bankruptcy petition without counsel. A non-individual (such as a partnership, corporation, or limited liability company) cannot act in court other than through a licensed attorney. *See Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Sw. Express Co., Inc. v. Interstate Commerce Comm'n*, 670 F.2d 53, 56 (5th Cir. 1982); *see also* Local Bankruptcy Rule 1002-2(a) (stating that only an individual may appear without being represented by an attorney, and all other entities may not appear without counsel).

**IT IS THEREFORE ORDERED** that the Debtor shall appear, with counsel, in this Court, located at 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242, on September 20, 2023 at 2:00 p.m. prevailing Central Time in person or via Webex at https://us-courts.webex.com/meet/everett or the instant case will be dismissed with prejudice for 180 days. The Court's Webex instructions can be found at:

[https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates](https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates).

### End of Order ###