

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 3, 2023**

_____
**United States Bankruptcy Judge**

_____

### United States Bankruptcy Court
### Northern District of Texas
### Dallas Division

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **Construction Allstars LLC** | § | Case No. 23-31967-swe-7 |
| | § | |
| Debtor. | § | |

### _Order Dismissing Case With Prejudice_

On September 5, 2023, Construction Allstars LLC filed the above-captioned Chapter 7 bankruptcy case. The Debtor appears to be a limited liability company that has filed a bankruptcy petition without counsel. A non-individual (such as a partnership, corporation, or limited liability company) cannot act in court other than through a licensed attorney. _See Rowland v. California Men's Colony_, 506 U.S. 194, 202 (1993); _Sw. Express Co., Inc. v. Interstate Commerce Comm'n_, 670 F.2d 53, 56 (5th Cir. 1982); _see also_ Local Bankruptcy Rule 1002-2(a) (stating that only an individual may appear without being represented by an attorney, and all other entities may not appear without counsel).

The Debtor was ordered to appear, with counsel, at a hearing to be held on September 20, 2023 to show cause why the instant case should not be dismissed with prejudice. _See_ Docket No. 10. The Debtor did not appear at that hearing, and there has been no appearance by counsel for the Debtor in this case.

1

**IT IS THEREFORE ORDERED** that the Debtor's case is dismissed with prejudice to refiling for 180 days.

### End of Order ###